IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00878-MSK-KMT

THERESA GRAHAM,

    Plaintiff,

v.

MERCK & CO., INC.;
MERCK SHARP & DOHME CORP.;
MERCK SHARP & DOHME LTD.;
MERCK SHARP & DOHME (ITALIA) S.P.A., INC.; and
DOES 1-100,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 26th day of August, 2013.

                                                  **BY THE COURT:**

                                                  *Marcia S. Krieger*

                                                  Marcia S. Krieger
                                                  United States District Court